IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO: 3:13-CR-068-L |
| | § | |
| DARIUS FREEMAN (05) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be, and is hereby **accepted**. Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge and the consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact, containing each of the essential elements of the offense. Accordingly, the court **accepts** the plea of guilty entered by Defendant Darius Freeman on July 16, 2013, and he is hereby adjudged **guilty** of the offense charged in Counts One and Two of the Indictment, which are violations of 21 U.S.C. § 846, namely, Conspiracy to Distribute a Controlled Substance With Intent to Distribute; and 18 U.S.C. § 924(c)(1)(A)(iii), namely, Using, Carrying, and Discharging a Firearm During and in Relation to a Drug Trafficking Crime.

Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 31st day of July, 2013.

_____
Sam A. Lindsay
United States District Judge